24-06019B

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| TIGEI LOVE, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) ) |
| ERBOL KAMYTOV, | ) ) ) |
| Defendant. | ) ) Case No. **1:25-cv-6762** |
| ERBOL KAMYTOV, | ) ) |
| Defendant/Third Party Plaintiff, vs. | ) ) ) |
| NYLA P. FLOYD, | ) ) ) |
| Third Party Defendant. | ) |

### THIRD PARTY COMPLAINT FOR CONTRIBUTION

NOW COMES the Defendant/Third Party Plaintiff, ERBOL KAMYTOV, by and through his attorneys, JENDRYK, HAMER & BEGLEY, LLC, and for her Third Party Complaint for Contribution directed against Third Party Defendant, NYLA P. FLOYD, states as follows:

1. Plaintiff filed a multi-count complaint seeking recovery of damages for personal injuries sustained in an automobile accident while a passenger in the vehicle driven by Third Party Defendant, NYLA P. FLOYD.

2. The Defendant/Third Party Plaintiff, ERBOL KAMYTOV, has filed an answer to Plaintiff's complaint summarily denying all allegations contained therein.

3. That in the event Defendant/Third Party Plaintiff, ERBOL KAMYTOV, is nonetheless held liable to plaintiff, TIGEI LOVE, pursuant to plaintiff's Complaint, said liability will be due only to the negligence of the Third Party Defendant, NYLA P. FLOYD, in that Third

Party Defendant was guilty of one or more of the following careless and/or negligent acts, to wit:

    a.    Traveled at an excessive rate of speed;

    b.    Traveled at a rate of speed that was too fast for weather and traffic conditions;

    c.    Made a left turn when it was unsafe to do so;

    d.    Failed to yield the right of way;

    e.    Failed to keep a proper lookout for other vehicles on the roadway;

    f.    Failed to give any warning signal by blowing her horn;

    g.    Failed to keep her vehicle under control;

    h.    Failed to adequately and properly maintain her vehicle in a safe condition;

    i.    Was otherwise careless and negligent.

4.    The negligence of Third Party Defendant, NYLA P. FLOYD, was the proximate cause of the occurrence, injuries and damages as alleged by plaintiff, TIGEI LOVE, pursuant to plaintiff's Complaint.

5.    If the Defendant/Third Party Plaintiff, ERBOL KAMYTOV, is found liable to plaintiff, TIGEI LOVE, for which liability ERBOL KAMYTOV continues to deny, then defendant, ERBOL KAMYTOV, will be entitled to contribution from Third Party Defendant, NYLA P. FLOYD, in an amount commensurate with the relative degree of culpability and fault attributable to the Third Party Defendant, in causing or contributing to cause plaintiff, TIGEI LOVE's, injuries and damages as alleged in plaintiff's Complaint.

WHEREFORE, the Defendant/Third Party Plaintiff, ERBOL KAMYTOV, prays that if judgment is entered in favor of plaintiff, TIGEI LOVE, and against Defendant/Third Party Plaintiff, ERBOL KAMYTOV, then judgment over in a like amount be entered in favor Defendant/Third Party Plaintiff, ERBOL KAMYTOV, and against Third Party Defendant, NYLA

P. FLOYD, or in the alternative, that judgment be entered in favor of Defendant/Third Party Plaintiff, ERBOL KAMYTOV, and against Third Party Defendant, NYLA P. FLOYD, by way of contribution as is commensurate with the degree of fault attributable to Third Party Defendant, NYLA P. FLOYD, for causing the plaintiff's injuries, including a portion of all costs, attorneys' fees, and other expenses incurred by Third Party Plaintiff, ERBOL KAMYTOV, in defending the action brought by the plaintiff and in prosecuting this Third Party Complaint.

        Respectfully submitted,

        Jendryk, Hamer & Begley, LLC

        By: *Brian M. Begley*
            Brian M. Begley

Brian M. Begley (49498)
Jendryk, Hamer & Begley, LLC
300 S. County Farm Road, Suite A, Wheaton, IL 60187
(630) 221-1730 – Office; (630) 221-1752 – Fax
bbegley@jhblawfirm.com; llestina@jhblawfirm.com